IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN -6 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO 4:07CR 00169 01 JMM |
| | ) | |
| | ) | 18 U.S.C. § 844(e) |
| FRANK SMITH TONEY, JR. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
{18 U.S.C. Section 844(e)}

On or about May 20, 2007, in the Eastern District of Arkansas,

FRANK SMITH TONEY, JR.

by means and use of an instrument of interstate commerce, that is, the telephone, willfully threatened to unlawfully damage and destroy a building by means of fire and explosives, to wit; the defendant conveyed a bomb threat to the Stuttgart, Arkansas Police Department and claimed a bomb was in the Riceland Foods plant.

All in violation of Title 18, United States Code, Section 844(e).

### COUNT TWO
{18 U.S.C. Section 844(e)}

On or about May 21, 2007, in the Eastern District of Arkansas,

FRANK SMITH TONEY, JR.

by means and use of an instrument of interstate commerce, that is, the telephone, willfully threatened to unlawfully damage and destroy a building by means of fire and explosives, to wit;

the defendant conveyed a bomb threat to the Stuttgart, Arkansas Police Department and claimed a bomb was in the Riceland Foods plant.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT THREE
### {18 U.S.C. Section 844(e)}

On or about May 21, 2007, in the Eastern District of Arkansas,

### FRANK SMITH TONEY, JR.

by means and use of an instrument of interstate commerce, that is, the telephone, willfully threatened to unlawfully damage and destroy a building by means of fire and explosives, to wit; the defendant conveyed a bomb threat to the Riceland Foods Security Office and claimed a bomb was in the Riceland Foods plant.

All in violation of Title 18, United States Code, Section 844(e).

(END OF TEXT. SIGNATURE PAGE ATTACHED)