IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Date: Wednesday, October 8, 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | Judge James M. Moody |
|    Represented by Angela Jegley for Joe Volpe | Court Reporter: Elaine Hinson |
| | Clerk: Donna Jackson |
| vs.    Case 4:07cr169-01 | USPO: Kimberly Lawson |
| FRANK SMITH TONEY, JR. | |
|    Represented by Jim Phillips | |

## CLERK'S MINUTES - SENTENCING

Time begin:   10:11 a.m.

    Defendant appeared with counsel.

    Court reviews history of case.

    No objections to the PSR.

    Statement in mitigation by counsel and defendant, Mattie Toney.

    Response by USA.

    JUDGMENT: Indictment - Count 1,   3 years Probation - with condition that he be placed in home confinement for a term of 3 months with special conditions; no fine or restitution; $100 special assessment.   Counts 2 & 3 dismissed at plea change.

    Appeal information given.

Time end: 10:22 a.m.