IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                              NO. 4:07CR00169 JMM

FRANK SMITH TONEY, JR.

## MOTION TO DISMISS

Comes now Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas, and Michael S. Gordon, Assistant United States Attorney for said District and moves to dismiss the Petition for Revocation filed on September 21, 2011 in the above matter.

Respectfully submitted,

CHRISTOPHER R. THYER
United States Attorney

/s/ MICHAEL S. GORDON

MICHAEL S. GORDON
Assistant U. S. Attorney
Bar No. TX00795383
P. O. Box 1229
Little Rock, AR 72203
Michael.gordon@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing has been electronically filed this 4th day of October, 2011 using the CM/ECF filing system which will forward a copy to Molly K. Sullivan, Assistant Federal Public Defender.

/s/ MICHAEL S. GORDON